Craig Hill
Name
3300 E. Stewart
Las Vegas, Nevada - 89101
790975
Prison Number

_FILED _RECEIVED
_ENTERED _SERVED ON
COUNSEL/PARTIES OF RECORD

2009 APR -1  A 10: 59

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY_____DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Craig Hill 790975,
             Plaintiff,

  vs.

#1 City of Las Vegas mayor Oscar Guchman
#2 Municipal Judge George Assad
#3 City attorney Bradford R. Jerbic,
#4 Contracted attorney Edward Hargra Bar #8702
      Chief K. Coyate
#5 Director of Detention,
         Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

2:09-cv-00604-RLH-LRL

**CIVIL RIGHTS COMPLAINT
PURSUANT TO
42 U.S.C. § 1983**

## A. JURISDICTION

1)    This complaint alleges that the civil rights of Plaintiff, Craig Hill,
(Print Plaintiff's name)

who presently resides at 3300 E. Stewart, City Detention were

violated by the actions of the below named individuals which were directed against

Plaintiff at City Detention, Las Vegas, NV, on the following dates
(institution/city where violation occurred)

March 3rd 2009, _____, and _____.
(Count I)           (Count II)          (Count III)

**Make a copy of this page to provide the below
information if you are naming more than five (5) defendants**

2) Defendant <u>Oscar Goodman</u> resides at <u>400 Stewart Ave City Hall</u>
      (full name of first defendant)      (address if first defendant)
and is employed as <u>Mayor of Las Vegas</u> . This defendant is sued in his/her
___ individual  ✓ official capacity.  (Check one or both).  Explain how this defendant was
      (defendant's position and title, if any)
acting

under color of law: <u>Is Responsible for all city Employee's who</u>
<u>Violated my 4th amendment</u>

3) Defendant <u>Judge George Assad</u> resides at <u>RJC  P.B 3930</u>
      (full name of first defendant)      (address if first defendant)
and is employed as <u>Presiding Judge</u> . This defendant is sued in his/her
 ✓ individual  ✓ official capacity.  (Check one or both).  Explain how this defendant was
      (defendant's position and title, if any)
acting

under color of law: <u>Violated Federal Rules of Procedure</u>
<u>(3) (5) (5.1.A) (10) and (12)</u>

4) Defendant <u>Bradford R. Cebeci</u> resides at <u>RJC  P.B. 3930</u>
      (full name of first defendant)      (address if first defendant)
and is employed as <u>City Attorney</u> . This defendant is sued in his/her
___ individual  ✓ official capacity.  (Check one or both).  Explain how this defendant was
      (defendant's position and title, if any)
acting

under color of law: <u>Filed complaint 7 days after I should</u>
<u>have been released.</u>

5) Defendant <u>Edward Vargas #8702</u> resides at <u>500 N. Rainbow blvd #300</u>
      (full name of first defendant)      (address if first defendant)
and is employed as <u>Attorney of Record</u> . This defendant is sued in his/her
 ✓ individual ___ official capacity.  (Check one or both).  Explain how this defendant was
      (defendant's position and title, if any)
acting

under color of law: <u>Allowed all violations to take place</u>
<u>ineffective assistance of counsel</u>

6) Defendant _Chief K. Coyne_ resides at _3300 E. Stewart ave_
(full name of first defendant)                (address if first defendant)
and is employed as _Director & Detention_ . This defendant is sued in his/her
(defendant's position and title, if any)
___ individual __✓__ official capacity. (Check one or both). Explain how this defendant was
acting

under color of law: _Failed to Release me after Judge assad_
_ordered me Released March 3rd 2009_

7) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343 (a)(3) and 42 U.S.C. § 1983. If you wish
to assert jurisdiction under different or additional statutes, list them below.

**B. NATURE OF THE CASE**

1)  Briefly state the background of your case.

I was Arrested on 2-25-09 by the Metropolitan Police Department for Possession Controlled Substance, Trespass, and possession of Drug paraphernelia. I was O.R. released from C.C.D.C. on 2-26-09 and Transported to City Detention Center and booked on the misdemeanor violations. I went to Court Municipal (6) Days later in Dept. 3 Judge Assad, there was no complaint filed. At which time I was told by this court that I would be released, but instead I was kept in custody an additional week without a complaint until 3-10-09 at which time I was formally charged. But I was Detained (13) Days without a criminal complaint or being charged.

**C. CAUSE OF ACTION**

3

**COUNT I**

The following civil rights has been violated: 4 th AMENDMENT

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

I WAS Illegally DETAINED WithouT WARRANT OR COMPLAINT for (13) DAYS. Mayor Oscar Goodman' EMPloys The City EMPloyees who violated my rights. Judge Assad AND City Attorney Bradford P. Jerbic WAS AWARE there WAS NO COMPLAINT filed IN A Timely fashion AS STATED by law. BuT proceeded AS IF everything WERE O.K. Contract Attorney Edward Vargos Bar # 8708 fail To bring This up After being Appointed To Me by This court. And the Director of Detention Allowed ME To be falsely EMPrisoned IN this facility KNOWING that Due process WAS violated.

4

**COUNT II**

The following civil rights has been violated: _5th Amenoment_

Supporting Facts: [Include all fact you consider important.  State the facts clearly, in your own words, and without citing legal authority or argument.  Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

Due process was violated when Judge George Assad and City Attorney Bradford Jerbic willingly and knowingly knew that a complaint was not filed on me, but chose to ignore the fact and proceeded as if everything was in accordance, which actually caused false imprisonment.

## COUNT III

The following civil rights has been violated: _____

_____

_____

_____

Supporting Facts: [Include all fact you consider important.  State the facts clearly, in your own words, and without citing legal authority or argument.  Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you filed other actions in state or federal courts involving the same or similar facts as involved in this action?  ✳ Yes ____ No.  If your answer is "Yes", describe each lawsuit.  (If more than one, describe the others on an additional page following the below

6

outline).

    a)     Defendants: _City of las vegas_

    b)     Name of court and docket number: _Eighth Judicial distict of Nevada_ | _clark count_

    c)     Disposition (for example, was the case dismissed , appealed or is it still pending?):
_Still Pending_

    d)     Issues raised: _FEDERal procedure_
_RULES   (3)(5)(5.1.F)(10)(12)_

    e)     Approximate date it was filed: _March 8th 2009_

    f)     Approximate date of disposition: _N/A_

2)    Have you filed an action in federal court that was **dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?**
____ Yes ✗ No.  If your answer is "Yes", describe each lawsuit.  (If you had more than three actions dismissed based on the above reasons, describe the others on an additional page following the below outline.)

Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:

    a)     Defendants: _____

    b)     Name of court and case number: _____.

    c)     The case was dismissed because it was found to be (check one): _____ frivolous _____ malicious or _____ failed to state a claim upon which relief could be granted.

    d)     Issues raised: _____

    e)     Approximate date it was filed: _____

    f)     Approximate date of disposition: _____

Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:

    a)     Defendants: _____

    b)     Name of court and case number: _____.

c)  The case was dismissed because it was found to be (check one): _____ frivolous _____ malicious or _____ failed to state a claim upon which relief could be granted.

d)  Issues raised: _____

_____

e)  Approximate date it was filed: _____

f)  Approximate date of disposition: _____

Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:

a)  Defendants: _____

b)  Name of court and case number: _____.

c)  The case was dismissed because it was found to be (check one): _____ frivolous _____ malicious or _____ failed to state a claim upon which relief could be granted.

d)  Issues raised: _____

_____

e)  Approximate date it was filed: _____

f)  Approximate date of disposition: _____

3)  Have you attempted to resolve the dispute stated in this action by seeking relief from the proper administrative officials, e.g., have you exhausted available administrative grievance procedures? _✔_ Yes ___ No. If your answer is "No", did you not attempt administrative relief because the dispute involved the validity of a: (1) ___ disciplinary hearing; (2) ___ state or federal court decision; (3) _✔_ state or federal law or regulation; (4) ___ parole board decision; or (5) ___ other _____.

If your answer is "Yes", provide the following information. Grievance Number _____.

Date and institution where grievance was filed _____.

Response to grievance: No Grievance procedures at Las Vegas city Jail, so I filed a writ for Habeas corpus. (Jury Trial Demanded)

8

- - - - - - - - - - - - - - - - - - -

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following relief:

Punitive Damages & $ 10,00 per defendant
in his/her official capacity
and
Another $ 10,00 For Gross negligence
Individual capacity per defendents Judge
George Assad and attorney Edward Jerzay
Bar # 8702.

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** See 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

Jovina Williams
(Name of Person who prepared or helped prepare this complaint if not Plaintiff)

Craig Hill #790975
(Signature of Plaintiff)

3-18-09
(Date)

- - - - - - - - - - - - - - - - - - - - - - - - -

(Additional space if needed; identify what is being continued)

9